# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SUSAN BRAUNSTEIN,<br><br>Plaintiff,<br>vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 8:16-cv-01026-KES<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Dkt. 24),

IT IS ORDERED that fees and expenses in the amount of $3500 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: May 3, 2017

_____
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE